IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PHYLLIS M. KNIGHT, in the interest of Cotrell Thevaugh Lillard Knight;

Plaintiff,

vs.

CITY OF OMAHA,

Defendant.

**8:26CV32**

**MEMORANDUM AND ORDER**

This matter is before the Court Plaintiff Phyllis M. Knight's ("Plaintiff") Motion for Leave to Appeal in Forma Pauperis ("IFP"), which the Court also liberally construes as a Notice of Appeal. Filing No. 10. Plaintiff filed her Notice of Appeal and IFP Motion on July 1, 2026. Plaintiff appeals from the Court's Memorandum and Order and Judgment dated June 3, 2026, Filing No. 8; Filing No. 9, in which the Court dismissed this matter without prejudice and imposed restrictions prohibiting Plaintiff from filing further pro se non-habeas civil cases in this Court on behalf of her son.

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

(a) Leave to Proceed in Forma Pauperis . . .

> (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:

> > (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise

> entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding . . . .

The Court finds that because Plaintiff proceeded IFP in the district court, she may now proceed on appeal in forma pauperis without further authorization.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Leave to Appeal in Forma Pauperis, Filing No. 10, is granted.

Dated this 13th day of July, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2